IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN E. BUGGS, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3115 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 18, the petitioner's Motion for Extension of Time, and filing no. 19, the respondent's Motion for Dismissal or Enlargement of Time. Both motions refer to my Progression Order issued on March 21, 2006 (filing no. 16). Filing no. 16 is hereby amended, and the briefing schedule is revised to extend the dates for the submission of briefs in this matter as follows:

1. The petitioner shall have until June 30, 2006, to file his initial brief;
2. The respondent shall have until July 30, 2006 to file his brief; and
3. The petitioner shall have until August 22, 2006, to file a reply brief.

Filing nos. 18 and 19 are granted to that extent and are otherwise denied.

SO ORDERED.

DATED this 23rd day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge