IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN E. BUGGS, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3115 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 22, the respondent's Motion to Strike the petitioner's brief. The motion is unaccompanied by a brief, in violation of the local rules, and is frivolous. Filing no. 22 is denied. The respondent shall file his brief on schedule.

SO ORDERED.

DATED this 7th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge